UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**JERRY J. MEEKS,**

       **Plaintiff,**

  v.                                                                 Case No. 14-CV-850

**TOM FELDNER, et al.,**

       **Defendants.**

## DECISION AND ORDER

Plaintiff Jerry J. Meeks filed a <u>pro se</u> complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated while he was incarcerated at the Wisconsin Resource Center. This case is now before me on plaintiff's motion for an extension of time and for an order compelling discovery.

Plaintiff filed a motion on December 28, 2015, asking me to give him additional time to respond to defendants' motion for summary judgment. Defendants filed their motion on December 22, 2015. Plaintiff explains that he cannot respond to the motion because defendants have not provided him with documents that he requested on October 15, 2015. He asks that I order defendants to provide him with the documents. Plaintiff made a similar request on November 16, 2015, which I denied on November 19, 2015.

While I grant plaintiff's motion for an extension of time, I deny his motion to compel. As I indicated in my November 19, 2015 order, I will not consider plaintiff's motion to compel without a certification from plaintiff indicating that he tried to resolve this discovery dispute with defendants' counsel before seeking my assistance. Civil Local Rule 37 (E.D. Wis.). Plaintiff's motion contains no such certification. In addition, discovery is now closed,

and defendants have filed a motion for summary judgment.  As such, plaintiff's motion to compel is also untimely.

Plaintiff must respond to defendants' motion for summary judgment by **February 29, 2016**.  Plaintiff is cautioned to pay close attention to the requirements set forth in Federal Rule of Civil Procedure 56 and Civil Local Rule 56.  Plaintiff should respond to each of defendants' proposed findings of fact and support his arguments with affidavits, unsworn declarations, and/or documentary evidence.

**IT IS THEREFORE ORDERED** that plaintiff's motion for an extension of time (Docket #49) is **GRANTED**.  Plaintiff must respond to defendants' motion for summary judgment by **February 29, 2016**.

**IT IS ALSO ORDERED** that plaintiff's motion to compel (Docket #49) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 5th day of January, 2016.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge

2

Case 2:14-cv-00850-LA   Filed 01/05/16   Page 2 of 2   Document 50