UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**JERRY J. MEEKS**,

      **Plaintiff,**

v.                                                      Case No. 14-CV-850

**TOM FELDNER, et al.,**

      **Defendants.**
_____

## ORDER

On April 6, 2016, I granted defendants' motion for summary judgment and dismissed this case. On April 29, 2016, plaintiff, who is representing himself, filed a letter with the court asking if he could amend his complaint to include additional claims. This case is closed, so plaintiff may not amend his complaint. Plaintiff may open a new case by filing a new complaint, but he will have to pay the $350 filing fee (or seek leave to proceed without prepaying the filing fee), and the court will screen the complaint pursuant to 28 U.S.C. § 1915A(a).

**THEREFORE, IT IS ORDERED** that plaintiff's request to amend his complaint (Docket #61) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 4th day of May, 2016.

                                                    s/ Lynn Adelman
                                                    _____
                                                    LYNN ADELMAN
                                                    District Judge